Christopher B. Dalbey (SBN 285562)
cdalbey@weitzlux.com
**WEITZ & LUXENBERG, P.C.**
1880 Century Park East, Suite 700
Los Angeles, CA 90067
Tel.: 310-247-0921
Fax: 310-786-9927

Robin L. Greenwald
(appearing *pro hac vice*)
rgreenwald@weitzlux.com
Maja Lukic
(appearing *pro hac vice*)
mlukic@weitzlux.com
**WEITZ & LUXENBERG, P.C.**
700 Broadway
New York, NY 10003
Tel.: 212-558-5500
Fax: 212-344-5461

Hunter W. Lundy
(appearing *pro hac vice*)
hlundy@lundylawllp.com
Matthew E. Lundy
(appearing *pro hac vice*)
mlundy@lundylawllp.com
Kristie M. Hightower
(appearing *pro hac vice*)
khightower@lundylawllp.com
**LUNDY, LUNDY, SOILEAU & SOUTH, LLP**
501 Broad Street
Post Office Box 3010
Lake Charles, LA 70602
Tel.: 337-439-0707
Fax: 337-439-1029

*Attorneys for Plaintiffs Enrique Rubio and Yolanda Mendoza*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**Western Division**

| | |
|---|---|
| Enrique RUBIO and Yolanda MENDOZA,<br><br>Plaintiffs,<br><br>v.<br><br>MONSANTO COMPANY,<br><br>Defendant. | Case No. 2:15-cv-07426-DMG-E<br><br>**PLAINTIFF ENRIQUE RUBIO'S *EX PARTE* APPLICATION FOR STAY OF THIS COURT'S ORDER SEVERING AND TRANSFERRING PLAINTIFFS' CLAIMS (Dkt. No. 63)** |

1    Pursuant to Local Rule 7-19, Plaintiff Enrique Rubio respectfully requests
2  that the Court stay its order of March 24, 2015 (Dkt. No. 63, the "Order") to enable
3  him to obtain review of the Order in the Court of Appeals.  This application is
4  supported by the accompanying memorandum, declarations of attorneys
5  Christopher B. Dalbey and Maja Lukic, and proposed order.

7  Dated:      March 25, 2016
               Los Angeles, CA

**WEITZ & LUXENBERG, P.C.**

*/s/ Christopher B. Dalbey*
_____

Christopher B. Dalbey, on behalf of all Plaintiffs' counsel listed on Page 1 of this Application

*Attorneys for Plaintiffs*